In the Matter of the Petition of COLWOOD COMPANY, a Michigan Corporation, for Reorganization under Section 77B of the Bankruptcy Act (11 U.S.C.A. § 207), Bankrupt.

Milicent LUND, Miriam Green, and George Factor, Creditors of Colwood Company, Appellants, v. COLWOOD COMPANY, Appellee.

No. 7529.

Circuit Court of Appeals, Sixth Circuit.

Jan. 7, 1937.

Harris W. Wienner, of Detroit, Mich., and Shulman, Shulman & Abrams, of Chicago, Ill., for appellants.

Friedman, Meyers & Keys, of Detroit, Mich., for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.
Appellants entered their appearance in this proceeding in the court below for the sole purpose of moving to dismiss the voluntary petition for a reorganization of the debtor under section 77B of the Bankruptcy Act (11 U.S.C.A. § 207), but were not made parties to the proceeding by intervention. They have no right, therefore,

of appeal from the order denying their motion. Section 77B, subsection (c) (11) (11 U.S.C.A. § 207 (c); In re Milwaukee & Sawyer Bldg. Corp., 79 F.(2d) 478 (7 C.C.A.); In re 211 East Delaware Place Building Corporation, 15 F.Supp. 947.

Wherefore it is ordered that the appeal be dismissed.